# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 24-1856

**Short Case Caption:** Universal Electronics Inc. v. Roku, Inc.

**Filing Party/Entity:** Universal Electronics Inc.

---

**Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

---

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| Patent Trial & Appeal Board | IPR2022-01289 | Inter partes review |

Relief sought on appeal: ☐ None/Not Applicable

Reversal of the PTAB's determination of the unpatentability of claims 1-6, 12, and 15-18 of U.S. Patent No. 9,847,083 under 35 U.S.C. § 103

Relief awarded below (if damages, specify): ☐ None/Not Applicable

The PTAB determined that claims 1-6, 12, and 15-18 of U.S. Patent No. 9,847,083 are unpatentable under 35 U.S.C. § 103

Briefly describe the judgment/order appealed from:

PTAB final written decision determining some challenged claims unpatentable

Nature of judgment (select one):     Date of judgment: 3/20/24

☑ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☐ Interlocutory Order (specify type) _____
☐ Other (explain) _____

Name and docket number of any related cases pending before this court, and the name of the writing judge if an opinion was issued. ☑ None/Not Applicable

Issues to be raised on appeal: ☐ None/Not Applicable

Whether the PTAB erroneously concluded that claims 1-6, 12, and 15-18 of U.S. Patent No. 9,847,083 are unpatentable under 35 U.S.C. § 103

Have there been discussions with other parties relating to settlement of this case?

☐ Yes ☑ No

If "yes," when were the last such discussions?

☐ Before the case was filed below
☐ During the pendency of the case below
☐ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated? ☐ Yes ☐ No

If they were mediated, by whom?

Do you believe that this case may be amenable to mediation? ☐ Yes ☑ No

Explain.

Prior settlement discussions between the parties related to other matters have not proven fruitful.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

N/A

Date: 6/6/24

Signature: /s/ James J. Lukas, Jr.

Name: James J. Lukas, Jr.